STATE v. SARTORI

No. 215P01

Case below: 142 N.C. App. 523

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

STATE v. SCANLON

No. 480A99-2

Case below: Durham County Superior Court

Petition by defendant for writ of supersedeas of the judgment of the Superior Court, Durham County, denied 10 May 2001. Petition by defendant for writ of certiorari to review the order of the Superior Court, Durham County, denied 10 May 2001. Motion by defendant to review the discovery order of the Superior Court, Durham County, denied 10 May 2001. Motion by defendant for temporary stay dissolved 10 May 2001.

STATE v. SCOTT

No. 267P01

Case below: 142 N.C. App. 707

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.

STATE v. SMITH

No. 188P01

Case below: 142 N.C. App. 391

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.

STATE v. STROUD

No. 165A95-3

Case below: Durham County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Durham County, denied 7 June 2001.